203 So.2d 557

**Edward BAUDIN**

v.

**TRADERS & GENERAL INSURANCE COMPANY et al.**

No. 48898.

Nov. 10, 1967.

Writ refused. The judgment is not final. All rights reserved.